

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00173-CV

**IN RE** Jack **MILLER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: April 1, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On March 23, 2020, relator filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-00880, styled *The State of Texas v. Jack Miller*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.